Harvey THOMPSON, Appellant, v. STATE of Texas, Appellee.

No. 21244.

Court of Criminal Appeals of Texas.

June 28, 1940.

John D. Coffman, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The conviction is for unlawfully operating a motor vehicle upon the public highway while under the influence of intoxicating liquor; penalty assessed at confinement in the state penitentiary for a period of two years.

Upon the written motion of the appellant, duly verified by his affidavit, the appeal is dismissed.

PER CURIAM.

The foregoing opinion by the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

Willie JONES, Appellant, v. MOTOR INVESTMENT CO., Appellee.

No. 3692.

Court of Civil Appeals of Texas. Beaumont.

May 23, 1940.

James D. O'Connor, of Dallas, for appellant.

Cecil E. Wright, of Dallas, for appellee.

WALKER, Chief Justice.

This appeal was prosecuted from County Court of Dallas County at Law, No. One, to the Dallas Court of Civil Appeals. The case is on our docket by order of transfer by the Supreme Court. The amount in controversy is $228. On authority of Texas & N. O. R. Co. v. Futch, Tex.Civ.App., 127 S.W.2d 1040, the judgment of the lower court is affirmed without written opinion.

Affirmed.